Kathryn Diemer (CA Bar No. 133977)
Diemer & Wei, LLP
100 W. San Fernando St., Ste. 555
San Jose, CA 95113
Phone: 408-971-6270
Fax: 408-971-6271
kdiemer@diemerwei.com

Adam E. Urbanczyk (*pro hac vice*)
PROGRESSIVE LAW GROUP, LLC
1570 Oak Ave. Ste. 103
Evanston, IL 60201
Phone: 312-787-2717
adam@progressivelaw.com

Rafey S. Balabanian (CA Bar No. 315962)
EDELSON PC
123 Townsend St., Suite 100
San Francisco, CA 94107
Phone: 415-212-9300
Fax: 415-373-9435
rbalabanian@edelson.com

*Attorneys for Plaintiff Adam Gurno*

Susan D. Fahringer (CA Bar No. 162978)
SFahringer@perkinscoie.com
Charles C. Sipos (Pro Hac Vice)
CSipos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

Sunita B. Bali (CA Bar No. 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Phone: (415) 344-7000
Fax: (415) 344-7050

*Attorneys for Defendants Google LLC and Google Payment Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ADAM GURNO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>GOOGLE LLC, a Delaware Limited Liability Company, and GOOGLE PAYMENT CORPORATION, a Delaware Corporation, and DOE 1 through DOE 20 Inclusive,<br><br>*Defendants*. | Case No.: 17-cv-05824-BLF<br><br>Judge: Hon. Beth Labson Freeman<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) |

Plaintiff Adam Gurno ("Plaintiff") and Defendants Google LLC and Google Payment Corporation (individually and collectively, "Defendants"), by and through their undersigned attorneys, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-entitled action is hereby voluntarily dismissed with prejudice as to the individual claims asserted by Plaintiff and without prejudice as to the claims of the putative class. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

DATED:  August 29, 2018              **EDELSON PC**

                                     By: */s/ Rafey S. Balabanian*
                                         Rafey S. Balabanian, Bar No. 315962
                                         rbalabanian@edelson.com

                                     Attorneys for Plaintiff Adam Gurno,
                                     individually and on behalf of all others
                                     similarly situated

DATED:  August 29, 2018              **PERKINS COIE LLP**

                                     By: */s/ Susan D. Fahringer*
                                         Susan D. Fahringer, Bar No. 162978
                                         SFahringer@perkinscoie.com

                                     Attorneys for Defendants
                                     Google LLC and Google Payment Corporation

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILER'S ATTESTATION**

I, Rafey S. Balabanian, am the ECF user whose identification and password are being used to file this Stipulation of Voluntary Dismissal. I hereby attest that all signatories listed on the preceding page concur in this filing.

Dated: August 29, 2018                                              /s/ Rafey S. Balabanian